1068

[No. 27338-1-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.I., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-8-00143-0, John P. Wulle, J., entered May 14, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27745-0-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY VICTOR PARRISH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00224-1, Don L, McCulloch, J., entered August 14, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 27761-1-II. Division Two. December 20, 2002.]

RANDY NORRIS, ET AL., *Appellants*, v. CHURCH & COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-04405-7, James E. Rulli, J., entered August 24, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J. Now published at 115 Wn. App. 511.

[No. 27777-8-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ERIC McCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00278-6, F. Mark McCauley and David E. Foscue, JJ., entered September 4, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.